*Monday, February 11, 2002*

## MOTION DOCKET

**01–625.   In re Ray.**
Hamilton App. Nos. C–000436 and C–000437. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of the joint motion of *amici curiae* Honorable Thomas E. Brinkman, Jr., Larry L. Flowers, Timothy J. Grendell, Jim Jordan, Linda Reidelbach, Twyla Roman, Michelle G. Schneider, and William J. Seitz III, members of the General Assembly of the state of Ohio, and *amici curiae* American Family Association of Ohio, Citizens for Community Values, Equal Rights Not Special Rights, Family First, and the National Legal Foundation to participate in oral argument scheduled for March 13, 2002,

IT IS ORDERED by the court that the motion of *amici curiae* to participate in oral argument be, and hereby is, granted, and *amici curiae* may present oral argument within the time usually allotted to appellee.

**01–1613.   SCIT, Inc. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 97–E–675. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion for extension of time to file appellant's merit brief pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before March 29, 2002.

**02–71.   In re Adoption of Tucker.**
Trumbull App. No. 2000–T–0144. This cause is pending before the court as an appeal involving termination of parental rights and adoption. On February 5, 2002, appellee filed a memorandum in response that was due February 4, 2002. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits the filing of any document that is not timely tendered for filing.

IT IS ORDERED by the court, *sua sponte,* that appellee's memorandum in·response be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**02–89.   State v. Gegia.**
Portage App. No. 2000–P–0048. This cause is pending before the court as a discretionary appeal and claimed appeal as of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Tuesday, February 12, 2002*

## MEDIATION DOCKET

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**01–2263.   LTC Ohio, Inc. v. Franklin Cty. Bd. of Revision.**   Board of Tax Appeals. No. 99–T–1993.

*Wednesday, February 13, 2002*

## MERIT DOCKET

**01–2226.   State ex rel. Wyrick v. Fairfield Cty. Court of Common Pleas.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.